UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK TUNNE,<br><br>      Plaintiff,<br><br>  -against-<br><br>DISCOVER FINANCIAL SERVICES, INC., d/b/a DISCOVER CARD, INC.; JANE DOE "JANELLE," an employee of Discover Card; JANE DOE "EVY M.," an employee of Discover Card; TRANSUNION, INC.; EQUIFAX INC.; EXPERIAN, INC.,<br><br>      Defendants. | 22-CV-5288 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  On November 21, 2022, Defendant Equifax Information Services notified the Court that it had reached a settlement in principle with Plaintiff and that the parties anticipated filing a dismissal with prejudice as to Defendant Equifax in 60 days. To date, the parties have not filed a notice of dismissal as to the claims against Equifax. By no later than February 1, 2023, Plaintiff and Defendant Equifax shall notify the Court as to whether they have settled their claims and whether they intend to file a notice of dismissal.

SO ORDERED.

Dated: January 25, 2023
    New York, New York

                     Ronnie Abrams
                     United States District Judge