UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK TUNNE,

                            Plaintiff,

            -against-

DISCOVER FINANCIAL SERVICES, INC. d/b/a
DISCOVER CARD, INC., et al.,

                            Defendants.

22-CV-5288 (JGLC)

**NOTICE OF**
**REASSIGNMENT**

JESSICA G. L. CLARKE, United States District Judge:

        This case has been reassigned to the undersigned. Unless and until the Court orders
otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's
reassignment, including the Initial Case Management Conference before Judge Figueredo
scheduled for September 20, 2023 at 10:00 a.m. **All counsel must familiarize themselves with
the Court's Individual Rules and Practices, which are available at
https://nysd.uscourts.gov/hon-jessica-g-l-clarke.**

Dated: July 28, 2023
        New York, New York

                                    SO ORDERED.

                                    _____

                                    JESSICA G. L. CLARKE
                                    United States District Judge