UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARK TUNNE,

                    Plaintiff,                    **22-CV-5288 (JGLC) (VF)**

      -against-                          **ORDER**

DISCOVER FINANCIAL SERVICES, INC., et al,

                 Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Plaintiff's time to respond to the Motion to Dismiss (ECF No. 74) filed by Defendant Discover Financial Services Inc. is hereby extended to **Wednesday, September 25, 2024**. Plaintiff is directed to file an opposition to Defendant's motion on or before that date.

      **SO ORDERED.**

DATED:    New York, New York
               September 4, 2024

                                                                          _____
                                                                          VALERIE FIGUEREDO
                                                                          United States Magistrate Judge