UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK TUNNE,

                Plaintiff,

-against-                   22-CV-5288 (JGLC)

DISCOVER FINANCIAL SERVICES, INC., et al.,           **ORDER**

                Defendants.

JESSICA G. L. CLARKE, United States District Judge:

On August 19, 2024, Defendant Discover Financial Services, Inc. ("Discover"), filed a motion to dismiss Plaintiff's second amended complaint. ECF No. 74. On October 3, 2024, Magistrate Judge Valerie Figueredo, upon referral from this Court, issued an Amended Report and Recommendation (the "Amended R&R") recommending that Discover's motion be granted, and the relevant claims dismissed with prejudice. ECF No. 80. Plaintiff did not timely file any objections to the Amended R&R. The Court subsequently adopted and entered the Amended R&R in full on November 18, 2024. ECF No. 87.

By letter dated November 29, 2024, Plaintiff requested additional time "to respond to the [c]ourt's final decision Order entered on November 18, 2024." ECF No. 88 at 3. Assuming Plaintiff seeks to extend the deadline to file a reconsideration motion pursuant to Local Rule 6.3, that request is GRANTED.

IT IS HEREBY ORDERED that Plaintiff shall file any reconsideration motion on or before **December 27, 2024**. The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

2

Dated: December 10, 2024
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge