UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARK TUNNE,

                     Plaintiff,                         22-CV-5288 (JGLC) (VF)

      -against-                               **ORDER**

DISCOVER FINANCIAL SERVICES, INC., et al,

                     Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Plaintiff has filed a letter requesting a transcript of the Rule 26(f) conference held before the undersigned on September 20, 2023. ECF No. 91. The Court will request a transcript of the September 20, 2023 conference and, once it has been obtained, the Court will file the transcript on the docket and send it to Plaintiff at the following address:

      Mark Tunne
      Cooper Station
      P.O. Box 235
      New York, NY 10276
      917-687-6791

      **SO ORDERED.**

DATED:      New York, New York
                  January 3, 2025

                                                    _____
                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge