UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARK TUNNE,

                Plaintiff,

-against-

DISCOVER FINANCIAL SERVICES, INC., et al.,

                Defendants.

22-CV-5288 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

      On August 19, 2024, Defendant Discover Financial Services, Inc. ("Discover"), filed a motion to dismiss Plaintiff's (who is proceeding *pro se*) second amended complaint. ECF No. 74. On October 3, 2024, Magistrate Judge Valerie Figueredo, upon referral from this Court, issued an Amended Report and Recommendation (the "Amended R&R") recommending that Discover's motion be granted, and the relevant claims (Counts II through VI of the second amended complaint) be dismissed with prejudice. ECF No. 80. Plaintiff did not timely file any objections to the Amended R&R. The Court subsequently adopted and entered the Amended R&R in full on November 18, 2024. ECF No. 87. After receiving a request for an extension to file a reconsideration motion, this Court extended Plaintiff's deadline to December 27, 2024. ECF No. 90.

      Thereafter, Plaintiff again asked for an extension, asserting he needed a transcript of a prior status conference to complete his motion. ECF No. 91. On January 3, 2025, Magistrate Judge Figueredo filed an order indicating the requested transcript would be provided to Plaintiff (ECF No. 92), and the transcript appears to have been provided to Plaintiff in early January. However, to date, Plaintiff still has not filed any reconsideration motion or otherwise asked for another extension.

IT IS HEREBY ORDERED that Plaintiff shall file any reconsideration motion **no later than April 16, 2025**. No further extensions will be granted absent extraordinary circumstances. Should Plaintiff fail to file a motion before this date, his opportunity to do so will be considered waived, and this case will proceed solely on Count I of the second amended complaint. The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

Dated: April 3, 2025
New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge