**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

MARK TUNNE,

Plaintiff,

-against-

DISCOVER FINANCIAL SERVICES, INC., et al,

Defendants.
----------------------------------------------------------------X

**22-CV-5288 (JGLC) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to file a status update on or by **Thursday, August 27, 2026**.

**SO ORDERED.**

DATED: New York, New York
August 13, 2026

VALERIE FIGUEREDO
United States Magistrate Judge